No. 1624, Misc. CARROLL *v.* CLERK OF THE EIGHTH JUDICIAL DISTRICT COURT OF NEVADA ET AL. Sup. Ct. Nev. Certiorari denied.

No. 1627, Misc. SPEAKS *v.* BRIERLEY, CORRECTIONAL SUPERINTENDENT. C. A. 3d Cir. Certiorari denied. *John H. Lewis, Jr.,* for petitioner.

No. 1628, Misc. RUMNEY *v.* NEW HAMPSHIRE. Sup. Ct. N. H. Certiorari denied. *Alexander J. Kalinski* for petitioner. *William F. Cann,* Deputy Attorney General of New Hampshire, and *David H. Souter,* Assistant Attorney General, for respondent.

No. 1629, Misc. BANKS *v.* COINER, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 1633, Misc. WILSON *v.* BOLSINGER, PROTHONOTARY, ET AL. C. A. 3d Cir. Certiorari denied.

No. 1637, Misc. COLE *v.* NEW YORK. C. A. 2d Cir. Certiorari denied.

No. 1638, Misc. TAYLOR *v.* NEW JERSEY. Super. Ct. N. J. Certiorari denied. *Richard Newman* for petitioner. *Leo Kaplowitz* for respondent.

No. 1639, Misc. CUMMINGS *v.* COX, PENITENTIARY SUPERINTENDENT. C. A. 4th Cir. Certiorari denied.

No. 1646, Misc. HASLAM *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Thomas H. Carver* for petitioner. *Solicitor General Griswold* for the United States.